UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12761
KEVIN MILES JARM
ELIZABETH ANN JARM                              CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
SSN XXX-XX-3594     SSN XXX-XX-6237

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 07/17/07 and confirmed on 11/20/07.

    2.   The case was dismissed after confirmation, 12/18/2008.

    3.   The Debtor paid a total of $  33525.25 .

    4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | 24017.20 | .00 | 24017.20 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 7329.69 | .00 | .00 |
| PNC BANK NA | SECURED | 1614.76 | .00 | 1614.76 |
| PNC BANK NA | MORTGAGE ARRE | 580.65 | .00 | .00 |
| AMERICAN EAGLE BANK | SECURED VEHIC | 10250.00 | 669.89 | 3339.32 |
| HARLEM FURNITURE/HRS | SECURED | 500.00 | .00 | 60.00 |
| LEATH FURNITURE | SECURED | 15.00 | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | 3100.00 | .00 | 240.00 |
| STERLING INC | SECURED | 1000.00 | .00 | 60.00 |
| BLACKBERRY CREEK HOA | SECURED | 750.00 | .00 | 80.00 |
| AMANDA S ANNETT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| IOWA CHILD SUPPORT RECOV | CHILD SUPPORT | 8471.59 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 3124.57 | .00 | .00 |
| ACS | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 4415.56 | .00 | .00 |
| COMED | UNSECURED | 1184.55 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5738.14 | .00 | .00 |
| DMS MARKETING XPRESS CAS | UNSECURED | NOT FILED | .00 | .00 |
| CENEVA ROTH VENTURES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2208.22 | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO EDUCATION FI | UNSECURED | 4609.62 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1595.29 | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| TOM MUNCH | UNSECURED | NOT FILED | .00 | .00 |

```
ECMC                        UNSECURED        877.68           .00           .00
STERLING INC                UNSECURED        792.45           .00           .00
AMERICAN EAGLE BANK         UNSECURED       2728.23           .00           .00
ASSET ACCEPTANCE CORP       UNSECURED        485.23           .00           .00
ILLINOIS DEPT REVENUE       UNSECURED        344.09           .00           .00
MIDLAND CREDIT MGMT         UNSECURED        410.65           .00           .00
ILLINOIS STUDENT ASSIST     UNSECURED       4633.29           .00           .00
IOWA STUDENT LOAN LIQUID    UNSECURED       6623.03           .00           .00
VATIV RECOVERY SOLUTIONS    UNSECURED        458.15           .00           .00
US DEPARTMENT OF EDUCATI    UNSECURED       6610.70           .00           .00
MEDICAL CENTER DENTAL AS    FILED LATE         .00           .00           .00
```
             Summary of disbursements:
--------------------------------------------------------------------------------

|                   | SECURED   | PRIORITY  | UNSECURED | OTHER | TOTAL     |
|-------------------|-----------|-----------|-----------|-------|-----------|
| TOTAL CLMS ALLOWED | 49157.30 | 11596.16  | 43714.88  | .00   | 104468.34 |
| PRINCIPAL PAID     | 29411.28 | .00       | .00       | .00   | 29411.28  |
| INTEREST PAID      | 669.89   | .00       | .00       | .00   | 669.89    |
| TOTAL PAID         | 30081.17 | .00       | .00       | .00   | 30081.17  |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00
and was paid $   1426.00  direct and $   1701.84  through the plan.

The Trustee received $   1742.24 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/11/09                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE



                              PAGE   2
          CASE NO. 07 B 12761 KEVIN MILES JARM & ELIZABETH ANN JARM